# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Hayden Richardson

                                          Plaintiff,

v.                                                                 Case No.: 1:21−cv−00522

                                                                                 Honorable Edmond E. Chang

Northwestern University, et al.

                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 30, 2021:

        MINUTE entry before the Honorable Edmond E. Chang: On review of the defense motion [60] to cite supplemental authority, the motion is granted. The Plaintiff may file a Response to Supplemental Authority by 01/10/2022. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.