**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| HAYDEN RICHARDSON,<br><br>　　　　　　　Plaintiff,<br>　v.<br><br>NORTHWESTERN UNIVERSITY, AMANDA DASILVA, HEATHER VAN HOEGARDEN OBERING, MICHAEL POLISKY, and PAMELA BONNEVIER,<br><br>　　　　　　　Defendants. | Case No.: 1:21-cv-00522 |

**NOTICE OF WITHDRAWAL OF ADRIENNE D. LEVY AS COUNSEL**

Pursuant to Local Rule 83.17, Andrew T. Miltenberg, Esq., respectfully submits this notice of withdrawal of Adrienne D. Levy as counsel for Plaintiff:

1.　I am a partner of the law firm of Nesenoff & Miltenberg, LLP, counsel for Plaintiff Hayden Richardson ("Plaintiff").

2.　Effective March 21, 2022, Ms. Levy is no longer an associate with Nesenoff & Miltenberg, LLP, and is therefore no longer participating in this matter.

3.　Kara Korycki, Esq., and I, both of Nesenoff & Miltenberg, LLP, will continue to represent Plaintiff.

4.　The withdrawal of Ms. Levy's appearance will not have a material adverse effect on Plaintiff and no party will be prejudiced by this withdrawal.

WHEREFORE, Andrew T. Miltenberg respectfully requests the Clerk of the Court remove Adrienne Levy as counsel for Plaintiff/attorney to be noticed in this action.

Dated: March 28, 2022

        Respectfully submitted,

        /s/ Andrew T. Miltenberg
        Andrew T. Miltenberg (admitted *pro hac vice*)
        NESENOFF & MILTENBERG, LLP
        363 Seventh Avenue, Fifth Floor
        New York, New York 10001
        Telephone: (212) 736-4500
        Email: amiltenberg@nmllplaw.com

            -and-

        /s/ Damon M. Cheronis
        Damon M. Cheronis
        LAW OFFICES OF DAMON M. CHERONIS
        The Marquette Building
        140 S. Dearborn Street
        Suite 411
        Chicago, Illinois 60603
        Telephone: (312)663-4644
        Email: damon@cheronislaw.com

        ***Attorneys for Plaintiff Hayden Richardson***

**CERTIFICATE OF SERVICE**

I hereby certify that on March 28, 2022, I electronically filed the foregoing **NOTICE OF WITHDRAWAL OF ATTORNEY** with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

/s/ *Andrew Miltenberg*