IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Hayden Richardson, | ) | |
| *Plaintiff*, | ) ) ) | |
| v. | ) ) | Civil Action No. 1:21-cv-00522 |
| Northwestern University, Amanda DaSilva, Heather Van Hoegarden Obering, Michael Polisky, and Pamela Bonnevier, | ) ) ) ) ) | Honorable Edmond E. Chang |
| *Defendants*. | ) | |

**PAM BONNEVIER'S MOTION FOR
LEAVE TO WITHDRAW LENA SHAPIRO AS COUNSEL**

Defendant Pamela Bonnevier ("Bonnevier"), through her undersigned counsel, respectfully requests an order pursuant to Local Rule 83.17 granting leave to withdraw the appearance of Lena Shapiro as her counsel. In support of this motion, Bonnevier, states as follows:

1. Lena Shapiro has taken a position with the University of Illinois College of Law and will no longer be employed at Chapman Spingola, LLP, effective January 21, 2023.

2. The withdrawal of Lena Shapiro's appearance will not have a material adverse effect on Bonnevier, who will continue to be represented by Chapman Spingola, LLP.

3. No party will be prejudiced by the granting of this motion.

WHEREFORE, Defendant Pamela Bonnevier respectfully requests that this Court grant leave to withdraw Lena Shapiro as her counsel.

Respectfully submitted,

By: /s/ Christopher C. Kendall
      One of the Attorneys for Pamela Bonnevier

1

Christopher C. Kendall
Lena Shapiro
CHAPMAN SPINGOLA, LLP
190 S. LaSalle Street, Suite 3850
Chicago, Illinois 60603
(312) 606-8752
ckendall@chapmanspingola.com
lshapiro@chapmanspingola.com