UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
GENERAL ORDER 23-0010

Pursuant that to the Executive Committee Order entered on February 23, 2023, the civil cases on the attached list have been selected for reassignment to form the initial calendar of the Honorable Lindsay C. Jenkins; therefore

IT IS HEREBY ORDERED that the attached list of 281 cases be reassigned to the Honorable Lindsay C. Jenkins; and

IT IS FURTHER ORDERED that all parties affected by this Order must review the Honorable Lindsay C. Jenkins' webpage on the Court's website for the purpose of reviewing instructions regarding scheduling and case management procedures; and

IT IS FURTHER ORDERED that any civil case that has been reassigned pursuant to this Order will not be randomly reassigned to create the initial calendar of a new district judge for twelve months from the date of this Order; and

IT IS FURTHER ORDERED that the Clerk of Court is directed to add the Honorable Lindsay C. Jenkins to the Court's civil case assignment system during the next business day, so that she shall receive a full share of such cases; and

IT IS FURTHER ORDERED that the Clerk of Court is directed to add the Honorable Lindsay C. Jenkins to the Court's criminal case assignment system ninety (90) days so that Judge Jenkins shall thereafter receive a full share of such cases.

ENTER:

FOR THE EXECUTIVE COMMITTEE

Hon. Rebecca R. Pallmeyer, Chief Judge

Dated at Chicago, Illinois this 27th day of February, 2023

1

## Civil Cases Reassigned from Judge Alonso to Judge Jenkins

| | |
|---|---|
| 1:19-cv-01098 | Almond v. City of Chicago, et al |
| 1:19-cv-03320 | Lewis v. Chicago, et al |
| 1:19-cv-06832 | The State Bank of Geneva v. Acosta et al |
| 1:20-cv-02396 | Rivera v. Sheehan, et al. |
| 1:21-cv-01145 | West v. Home Depot |
| 1:21-cv-01154 | Kinman v. The Kroger Co. |
| 1:21-cv-06371 | British Airways, PLC v. The City of Chicago |
| 1:22-cv-02925 | Ledesma v. Orland Park Wedding Center, Inc. |
| 1:22-cv-05074 | Lopez v. City of Burbank, et al |
| 1:22-cv-06750 | Cotto/Capeles v. Johnson, et al |
| 1:23-cv-00156 | Thyme v. University of Chicago, et al |
| 1:23-cv-00658 | Gonzalez et al v. Blinken et al |

## Civil Cases Reassigned from Judge Aspen to Judge Jenkins

| | |
|---|---|
| 1:16-cv-02780 | Gemini Insurance Company et al v. Pelican General Insurance Agency, |
| 1:20-cv-07406 | Altheimer-Umphlett v. Dejoy |
| 1:21-cv-03236 | Rosiles v. Village of Round Lake Beach et al |
| 1:22-cv-02546 | Brewer v. HMT LLC et al |
| 1:22-cv-04169 | Romans v. Orange Pelican, LLC |
| 1:22-cv-05757 | Architectural Iron Workers' Local No. 63 Welfare Fund et al v. Legna Installers, Inc. et al |

## Civil Cases Reassigned from Judge Blakey to Judge Jenkins

| | |
|---|---|
| 1:18-cv-08011 | Brown v. Unknown Chicago Police Officers |
| 1:20-cv-05383 | Bernard v. Illinois Department of Corrections et al |
| 1:20-cv-05341 | Bernard v. Illinois Department of Corrections et al |
| 1:20-cv-05368 | Bernard v. Illinois Department of Corrections et al |
| 1:20-cv-06761 | Soni v. Burlington Coat Factory of Illinois, LLC |
| 1:20-cv-06935 | Minge v. Stroger |
| 1:21-cv-05441 | Midway Wholesalers Inc. v. Encova Insurance |
| 1:21-cv-05581 | Penland et al v. Chicago Park District et al |
| 1:22-cv-01958 | Garcia v. Dart et al |
| 1:22-cv-02286 | FK Construction Funding, LLC v. Great Midwest Insurance Company |
| 1:22-cv-04382 | Blue Sphere, Inc., d/b/a Lucky 13 and Robert A. Kloetzy v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto |
| 1:22-cv-05740 | Tanna v. Greene |
| 1:22-cv-06781 | Brown v. Norfolk Southern Railway Company |
| 1:23-cv-00236 | Counts v. Arkk Food Company et al |

## Civil Cases Reassigned from Judge Bucklo to Judge Jenkins

| | |
|---|---|
| 1:17-cv-04185 | Crandall v. 4Demand LLC et al |
| 1:19-cv-05308 | Sage Products, LLC v. ChemRite CoPac, Inc. |
| 1:21-cv-01179 | Stewart III v. Illinois Department of Transportation |
| 1:21-cv-01938 | Krause v. RocketReach, LLC |
| 1:21-cv-06084 | Sullivan et al v. Liberty Mutual Insurance Company |
| 1:22-cv-01507 | Callan Ave., LLC v. Greater New York Mutual Insurance Company |
| 1:22-cv-03841 | Beer Industry Local Union No. 703 Health and Welfare Fund et al v. Louis Glunz Beer, Inc. |
| 1:22-cv-04765 | Gardner v. Allstate Vehicle and Property Insurance Company |

1:22-cv-05759         Konect Management, LLC v. Power Kiosk, LLC
1:22-cv-05938         Chavez v. AK 22nd., Inc. et al
1:22-cv-07133         Cohan v. Knight Bridge Pkwy LLC
1:23-cv-00142         Temraz v. Mayorkas et al
1:23-cv-00615         Cummings v. Medica Director et al

## Civil Cases Reassigned from Judge Chang to Judge Jenkins

1:19-cv-01094         Coleman v. City Of Chicago et al
1:19-cv-01984         Federal Trade Commission v. Day Pacer LLC et al.
1:21-cv-00161         Hirsch v. Cognizant Technology Solutions U.S. Corp.
1:21-cv-00522         Richardson v. Northwestern University et al
1:21-cv-05780         Walker v. Walgreens Specialty Pharmacy, LLC
1:21-cv-05965         BNSF Railway Company v. Brotherhood of Railroad Signalmen et al
1:22-cv-01874         Loandepot.com, LLC v. Schneider et al
1:22-cv-02035         Vesley v. Illinois School District 45 et al
1:22-cv-03926         Hamillton v. Cook County Jail et al
1:22-cv-05890         Ferrero U.S.A., Inc. v. Ercoli
1:22-cv-06804         Consolidated Transaction Processing LLC v. ARO Liquidation, Inc.
1:23-cv-00320         Saeed v. Mayorkas et al

## Civil Cases Reassigned from Judge Coleman to Judge Jenkins

1:19-cv-03775         Rankins v. Allied Power Products, Inc. et al
1:19-cv-05329         Smith v. Portwood et al
1:20-cv-07773         Norwood v. Czerniak et al
     1:21-cv-05278         Norwood v. Directo et al
     1:22-cv-03964         Norwood v. Davis, et al
     1:23-cv-00744         Norwood v. Kane County Jail et al
1:21-cv-00338         Stephenson v. City of Chicago et al
1:21-cv-06898         Howell v. Bumble, Inc. et al
1:22-cv-00049         Moreno v. Inv. Converse et al
1:22-cv-03013         United States Of America et al v. Allergan PLC et al
1:22-cv-03091         Vasquez v. VNA Healthcare, Inc.
1:22-cv-05116         Trustees of the Mid-America Carpenters Regional Council Pension Fund et al v. Ideal Construction Co.
1:22-cv-06363         Evans v. S. C. Johnson & Son, Inc. et al
1:23-cv-00011         Anderson v. Dejoy et al
1:23-cv-00661         Trustees of the Line Construction Benefit Fund v. Tucker Underground, LLC et al

## Civil Cases Reassigned from Judge Durkin to Judge Jenkins

1:13-cv-00817         Plummer v. Harrington
1:17-cv-08714         Gudkovich v. City Of Chicago
1:18-cv-07098         Aguilar v. City of Chicago et al
1:19-cv-05807         Martin v. Blair et al
1:20-cv-00794         Rankin v. Chicago Park District et al
1:20-cv-00501         Roundtree Jr v. Dart et al
     1:20-cv-04525         Roundtree, Jr. v. Dart et al
     1:20-cv-04531         Roundtree, Jr. v. Cook County Health and Hospital Services et al
     1-22-cv-3874         Roundtree, Jr. v. County Of Cook et al
1:21-cv-00738         Johnson v. Edward et al
1:21-cv-03745         Black v. First Impression Interactive, Inc. et al
1:22-cv-02024         Wang et al v. Individuals, Partnerships, and Unincorporated Associations on Schedule A

| | |
|---|---|
| 1:22-cv-04038 | Cantieri v. Marriott International, Inc. |
| 1:22-cv-06080 | Fox Valley & Vicinity Construction Workers Welfare Fund et al v. Divine Cement, Inc. et al |
| 1:22-cv-07162 | Salon Phoenix Cosmetology LLC et al v. Groupon, Inc. |

## Civil Cases Reassigned from Judge Ellis to Judge Jenkins

| | |
|---|---|
| 1:19-cv-03892 | Moore v. Wexford Health Services, Inc. et al |
| 1:22-cv-03445 | Moore v. Jackson et al |
| 1:19-cv-04082 | Brown et al v. City of Chicago et al |
| 1:20-cv-06004 | Jackson v. Vasquez et al |
| 1:20-cv-06401 | GCM Partners, LLC v. Hipaaline Ltd. et al |
| 1:21-cv-03730 | The Cincinnati Insurance Company v. Great Northern Investments of Main Inc. et al |
| 1:21-cv-04295 | Hanson Aggregates Midwest, Inc. v. Ochoa |
| 1:22-cv-00482 | Atain Specialty Insurance Company v. Adventure Facility Concepts and Management, LLC et al |
| 1:22-cv-01408 | Hanafin et al v. General Motors Company |
| 1:22-cv-03523 | Sama California Auto Export, Inc. v. Silkway West Airlines, LLC |
| 1:22-cv-03656 | Costin v. Mayorkas et al |
| 1:22-cv-05031 | Mondia v. The University of Chicago Medical Center |
| 1:23-cv-00609 | Midwest Operating Engineers Welfare Fund et al v. Global Builders Inc. |

## Civil Cases Reassigned from Judge Gettleman to Judge Jenkins

| | |
|---|---|
| 1:19-cv-00529 | NOOR Staffing Group LLC v. Staff Management Solutions, LLC et al |
| 1:19-cv-04409 | United States Securities and Exchange Commission v. Conwell et al |
| 1:19-cv-03316 | Byrd v. City of Chicago et al |
| 1:21-cv-05862 | Chicago & Vicinity Laborers' District Council Pension Fund et al v. William A. Randolph, Inc. |
| 1:21-cv-06937 | Drummond Development LLC v Fairchild US LLC |
| 1:21-cv-06439 | Chicago & Vicinity Laborers' District Council Pension Fund et al v. Continental Construction Company, Inc. et al |
| 1:22-cv-03733 | Abraham v. Community Alternatives Unlimited |
| 1:22-cv-04267 | The Lincoln National Life Insurance Company |
| 1:22-cv-04374 | Jackson v. CITY OF CHICAGO et al |
| 1:22-cv-05713 | Castelaz et al v. The Estee Lauder Companies Inc. et al |
| 1:22-cv-06280 | Allstate Insurance Company v. Electrolux Home Products, Inc. |
| 1:23-cv-00395 | Central States, Southeast and Southwest Areas Health and Welfare Fund et al v. Reed et al |
| 1:23-cv-00462 | Allgood v. CNA International, Inc. |

## Civil Cases Reassigned from Judge Gottschall to Judge Jenkins

| | |
|---|---|
| 1:18-cv-06521 | Savis, Inc. v. Cardenas |
| 1:20-cv-04765 | Kay v. Takeda Pharmaceuticals U.S.A, Inc. et al |
| 1:22-cv-04143 | Kwiatkowski v. The Walsh Group, LTD |
| 1:22-cv-05348 | Walker v. City Of Chicago et al |
| 1:23-cv-00192 | Federal Insurance Company v. Air China Cargo Co., Ltd. et al |

## Civil Cases Reassigned from Judge Guzman to Judge Jenkins

| | |
|---|---|
| 1:19-cv-06155 | IQL Riggig, LLC v. Kingsbridge Technologies et al |
| 1:21-cv-03402 | Pekin Insurance Company v. Ford Motor Company |
| 1:22-cv-03773 | Williams et al v. City Of Chicago et al |

| 1:22-cv-05842 | Coleman v. City Of Chicago et al |
| 1:22-cv-07025 | Shannon v. City of Chicago et al |
| 1:23-cv-00513 | Jones v. Celeritas Freight Solutions, LLC |

## Civil Cases Reassigned from Judge Kendall to Judge Jenkins

| 1:19-cv-00767 | Blackmon v. City of Chicago et al |
| 1:21-cv-01094 | Promier Products, Inc. v. Orion Capital, LLC |
| 1:21-cv-03684 | Central States, Southeast and Southwest Areas Pension Fund et al v. Wingra Redi-Mix, Inc. et al |
| 1:22-cv-02375 | Kim v. Maha, Inc. et al |
| 1:22-cv-03043 | Emoji Company GmbH v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto |
| 1:22-cv-05122 | Fountains of Arlington HOA v. Insurance Company of Greater New York |
| 1:22-cv-05541 | Grant v. Ryder Integrated Logistics, Inc. |
| 1:22-cv-06536 | Cohan v. SuperValu, Inc. |
| 1:22-cv-06639 | Toribio v. The Kraft Heinz Company |
| 1:22-cv-07297 | Sandoval v. Sieczka, Star No. 6373 |
| 1:22-cv-07335 | United States of America v. Harco Insurance Co. |
| 1:23-cv-00520 | John Doe v. The Partnerships and Unincorporated Associations Identified on Schedule A |

## Civil Cases Reassigned from Judge Kennelly to Judge Jenkins

| 1:18-cv-05130 | Smith v. City Of Chicago et al |
| 1:20-cv-03765 | Sparks v. Michalski et al |
| 1:21-cv-01652 | Retamozo v. U.S. Bancorp d/b/a U.S. Bank |
| 1:21-cv-03196 | Bailey v. Dart et al |
| 1:22-cv-00698 | Wesco Insurance Company v. Zanayed et al |
| 1:22-cv-00987 | Garcia et al v. The Professional Locksmith, Inc., an Illlinois Corporation et al |
| 1:22-cv-03098 | Garza v. Nestle USA, Inc. |
| 1:22-cv-03535 | Gesture Technology Partners LLC v. Motorola Mobility LLC |
| 1:22-cv-04700 | Corn v. Target Corporation |
| 1:22-cv-04940 | Ferguson v. Doe et al |
| 1:22-cv-06042 | Roofers' Pension Fund et al v. S&H Waterproofing and Construction, LLC |
| 1:22-cv-07092 | Walsh v. OM MATTESON PIZZA, INC., an Illinois corporation, et al |
| 1:23-cv-00496 | CamelBak Products, LLC v. The Partnerships and Unincorporated Associations Identified on Schedule A |

## Civil Cases Reassigned from Judge Kness to Judge Jenkins

| 1:18-cv-04402 | Hope v. Ford Motor Company |
| 1:19-cv-07557 | Bass v. Sgt. A. Dakuras et al |
| 1:20-cv-00290 | Artisan & Truckers Casualty Co. v. Dollar Tree Stores Inc et al |
| 1:20-cv-06921 | Hua v. Arthur J. Gallagher & Co. |
| 1:21-cv-00264 | Bunetto v. Saul |
| 1:21-cv-03976 | Mata v. Deslauriers, Inc |
| 1:22-cv-00347 | Warnsley v. Villegas et al |
| 1:22-cv-02879 | Holloway v. Dejoy |
| 1:22-cv-05645 | Oldham v. Ralphs Grocery Company |
| 1:22-cv-05991 | Wright Jr. v. City of Chicago et al |
| 1:22-cv-07097 | The Orchards Townhome Owners Association, LLC v. Greater New York Mutual Insurance Company |

| 1:23-cv-00558 | Chrome Cherry Limited v. The Partnerships and Unincorporated Associations Identified on Schedule A |

### Civil Cases Reassigned from Judge Kocoras to Judge Jenkins

| 1:19-cv-00127 | Blair v. Chicago et al |
| 1:19-cv-02707 | Moore v. PNC Bank |
| 1:20-cv-00774 | Plumbers' Pension Fund, Local 130, U.A. et al v. Republic Piping Systems, Inc. |
| 1:20-cv-05630 | Jackson v. City Of Chicago et al |
| 1:21-cv-00508 | Raysby v. Advocate Health Care Center |
| 1:21-cv-02728 | Zuru (Singapore PTE., Ltd. et al v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto |
| 1:21-cv-05548 | Robinson v. Rainbow Beach Extended Care Center |
| 1:22-cv-00607 | Gomez v. Village of Forest Park et al |
| 1:22-cv-05456 | Executive Risk Indemnity, Inc. et al v. Health Care Service Corporation |
| 1:22-cv-06495 | Mayfield et al v. Escobedo et al |
| 1:22-cv-06868 | Jackson v. Village of Lansing et al |
| 1:23-cv-00194 | Rockit Ranch Productions, Inc. et al v. West Bend Mutual Insurance Company |
| 1:23-cv-00617 | Richardson v. Northwestern Memorial Healthcare et al |

### Civil Cases Reassigned from Judge Lefkow to Judge Jenkins

| 1:13-cv-05272 | Pacheco v. City of Joliet et al |
| 1:20-cv-05418 | Scottsdale Indemnity Company v. Mirmeg Cartage, Inc. et al |
| 1:21-cv-05192 | Gaines v. Dart et al |
| 1:22-cv-01263 | Guaderrama v. City Of Chicago Police Department et al |
| 1:22-cv-04515 | Griffin et al v. Calumet Park IL Police Dept et al |
| 1:22-cv-06522 | Davidson v Faria Education Group Limited |

### Civil Cases Reassigned from Judge Leinenweber to Judge Jenkins

| 1:17-cv-05921 | Laborers Pension Fund et al v. Ruane Construction, Inc. |
| 1:18-cv-07079 | Valsamis v. John Crane, Inc. |
| 1:19-cv-02185 | Rilwala Properties Management, LLC et al v. Sheth |
| 1:22-cv-00389 | Levin v. Altisource Solutions, Inc. |
| 1:22-cv-05358 | U.S. Bank National Association, as Trustee for Morgan Stanley Bank of America Merrill Lynch Trust 2013-C13, Commercial Mortgage Pass-through Certificates, Series 2013-C13 v. Chicago South Loop Hotel Owner, LLC et al |
| 1:23-cv-00304 | Wham-O Holding, Ltd. et al v. The Partnerships and Unincorporated Associations Identified on Schedule A |

### Civil Cases Reassigned from Judge Maldonado to Judge Jenkins

| 1:17-cv-07991 | Doe v. Board of Trustees of Northern Illinois University |
| 1:19-cv-08437 | Gomez v. Rihani et al |
| 1:21-cv-00085 | State of Illinois Ex. Rel Ken Elder v. JPMorgan Chase N.A. |
| 1:21-cv-01534 | Quality Custom Distribution v. International Brotherhood of Teamsters, Local 710 |
| 1:21-cv-03940 | Villalpando v. A-1 Outdoor Maintenance, Inc., et al |
| 1:21-cv-06239 | Collier v. Illinois Department of Human Services |
| 1:21-cv-06855 | Wilim v. Mondelez Global LLC |
| 1:22-cv-00226 | Direct Steel, LLC v. American Buildings Company |
| 1:22-cv-03860 | United States of America, ex rel. Direct Steel LLC, d/b/a Direct Steel and Construction v. American Buildings Company |

6

1:22-cv-02975      Shanmugavelandy v. AbbVie, Inc
1:22-cv-06020      Wilson v. Village of University Park et al
1:22-cv-07037      Peaster v. McDonald's Corporation et al
1:23-cv-00605      Solis Duerte v. MK Simplemart, Inc. et al

## Civil Cases Reassigned from Judge Pacold to Judge Jenkins

1:17-cv-07876      Rucker v. Kallman et al
1:18-cv-02475      Hannon v. City of Prospect Heights et al
1:19-cv-03054      Washington v. The Kroger Co.
1:20-cv-01860      Smith v. Rushmore Loan Management Services, LLC et al
1:20-cv-05037      Vale et al v. City of Chicago et al
1:20-cv-07786      Koller v. United States of America et al
1:21-cv-05063      Hoffberg v. Elliott Auto Supply Co.,Inc. d/b/a Factory Motor Parts
1:22-cv-02126      Brown v. Jeffrey et al
1:22-cv-04345      Mayer v. Laufer Trucking, Inc. et al
1:22-cv-05844      Key et al v. City Of Chicago et al
1:22-cv-06931      Johnson v. Meade et al
1:23-cv-00401      Midwest Operating Engineers Welfare Fund et al v. Divine Cement, Inc.

## Civil Cases Reassigned from Chief Judge Pallmeyer to Judge Jenkins

1:16-cv-00291      Moore v. Truitt
1:19-cv-04001      Mack v. City of Chicago et al
1:21-cv-06189      Harrington v. Hayes
1:22-cv-04998      Eskridge v. Dufresne Spencer Group LLC
1:22-cv-07064      Asstari X v. State of Illinois (Inc.)
1:23-cv-00057      Those Characters from Cleveland, LLC v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto

## Civil Cases Reassigned from Judge Rowland to Judge Jenkins

1:19-cv-03691      Davis et al v. The City of Chicago, Illinois
1:20-cv-02014      Royan v. Chicago State University
1:20-cv-07379      Chillmon v. Village of Evergreen Park Illinois
1:21-cv-02025      Smith v. Signature Systems, Inc.
1:21-cv-04949      Brown v. Cook County Health and Hospital Services et al
1:21-cv-05375      Flanagan v. Apollo Endosurgery, Inc.
1:22-cv-02682      McDonald's Corporation et al v. Hiscox Dedicated Corporate Member Limited et al
1:22-cv-03953      Randall v. Nurse
1:22-cv-05313      Think Products, Inc. v. Microsoft Corporation
1:22-cv-05963      Gardner et al v. MeTV
1:22-cv-07147      Dubose v. Ferrara Candy Co.
1:23-cv-00532      Herrera v. Raoul, in his official capacity as Attorney General for the State of Illinois et al

## Civil Cases Reassigned from Judge Seeger to Judge Jenkins

1:18-cv-01192      Ruebe et al v. Nexus Executive Risks Ltd. et al
1:19-cv-05170      Geske v. PNY Technologies, Inc.
        1:21-cv-03354      Jacobs v. PNY Technologies, Inc.
1:21-cv-03455      Koumjian v. Mudd Law Offices et al
1:21-cv-04367      Franklin v. Maximus, Inc.
1:22-cv-01074      Reed v. Dart et al

| | |
|---|---|
| 1:22-cv-01979 | Rodriguez v. United States of America (FTCA) |
| 1:22-cv-03804 | Michigan Motor Technologies, LLC v. Bayerische Motoren Werke AG et al |
| 1:22-cv-04153 | Perez v. Albany Restaurant, Inc. et al |
| 1:22-cv-05599 | Blue Sphere, Inc. v. Partnerships, and Unincorporated Associations Identified on Schedule A Hereto |
| 1:22-cv-05893 | White v. City of Chicago et al |
| 1:22-cv-06823 | Lemane v. Mayorkas et al |
| 1:23-cv-00260 | General Motors LLC v. The Partnerships and Unincorporated Associations Identified on Schedule A |

## Civil Cases Reassigned from Judge Shah to Judge Jenkins

| | |
|---|---|
| 1:18-cv-07846 | Stennis v. Armstrong et al |
| 1:20-cv-01419 | Arbuckle v. Wilcox et al |
| 1:21-cv-02461 | Arbuckle v. Garcia et al |
| 1:21-cv-05238 | Sledz v. McDowell, et al. |
| 1:21-cv-06693 | Williams v. Avis Budget Group, Inc. |
| 1:22-cv-02389 | Swaro v. Logsdon Fleeting and/or Logsdon Tug Service, Inc. |
| 1:22-cv-03020 | Wheeler v. Lyles |
| 1:22-cv-04373 | Wallace v. Kijakazi |
| 1:22-cv-04736 | Campbell v. Catholic Charities Diocese of Joliet |
| 1:22-cv-05993 | Garrett v. Clouse |
| 1:22-cv-06194 | Madukwe v. Board Of Trustees Of The University Of Illinois |
| 1:22-cv-07139 | American Family Insurance v. Dayton Electric Manufacturing Co. |
| 1:22-cv-07346 | Hines v. Goodleap, LLC et al |

## Civil Cases Reassigned from Judge Tharp to Judge Jenkins

| | |
|---|---|
| 1:17-cv-05648 | Zurbriggen et al v. Twin Hill Acquisition, Inc. |
| 1:18-cv-08477 | Rosa v. The Board of Trustees of The University of Illinois |
| 1:19-cv-07258 | Pension Plan of Lumber Employees Local 786 Retirement Fund, The et al v. Charles Horn Lumber Company et al |
| 1:20-cv-01678 | Beard v. United Parcel Service et al |
| 1:21-cv-02552 | Podrebarac v. McDonough |
| 1:21-cv-02403 | George Moore v Independence American Insurance Company |
| 1:22-cv-01285 | Wilson v. Williams et al |
| 1:22-cv-02143 | McDonald v. Yarbrough et al |
| 1:22-cv-04335 | Duff v. Chief Management LLC et al |
| 1:22-cv-05987 | Edge v. Stericycle, Inc. |
| 1:22-cv-06955 | Hymon v. La Quinta Inns, Inc., et al |
| 1:23-cv-00503 | Pipe Fitters' Retirement Fund, Local 597 et al v. Mechanical Concepts of Illinois, Inc. |

## Civil Cases Reassigned from Judge Valderrama to Judge Jenkins

| | |
|---|---|
| 1:14-cv-02799 | Gutierrez v. Jones |
| 1:18-cv-06633 | Gonzalez v. Home Depot U.S.A., Inc. |
| 1:19-cv-03331 | Patel v. Brennan et al |
| 1:20-cv-01121 | Williams et al v. State Farm Mutual Automobile Insurance Co. et al |
| 1:20-cv-03551 | Donets v. Vivid Seats LLC |
| 1:20-cv-04716 | Stokes v. City Of Chicago et al |
| 1:20-cv-07775 | Grimaldo v. Mental Health Department of Human Services et al. |
| 1:21-cv-04715 | Stubbs v. City of Chicago, et al |
| 1:21-cv-05991 | Modern Builders Contractors, Inc. et al v. Griggs, Mitchell, & Alma of IL, LLC et al |
| 1:22-cv-02575 | Zimmer Biomet Holdings, Inc. v. Insall |

8

| | |
|---|---|
| 1:22-cv-04284 | Ree v. City of Chicago et al |
| 1:22-cv-06314 | Rollins v. Medline Industries, Inc. |
| 1:22-cv-07158 | French v. Tribune Publishing Company |

## Civil Cases Reassigned from Judge Wood to Judge Jenkins

| | |
|---|---|
| 1:17-cv-07378 | Sharma v. Board of Trustees of the University of Illinois |
| 1:17-cv-08846 | Mansoori v. Brown et al |
| 1:21-cv-05881 | Mansoori v. Squires et al |
| 1:21-cv-06173 | Mansoori v. Morrison |
| 1:21-cv-06242 | Mansoori v. Smith et al |
| 1:21-cv-06379 | Mansoori v. Milly et al |
| 1:22-cv-01632 | Mansoori v. Stinacki et al |
| 1:22-cv-01634 | Mansoori v. JT Support Services Superintendant et al |
| 1:22-cv-01635 | Mansoori v. Doe et al |
| 1:22-cv-01638 | Mansoori v. Dart, et al |
| 1:22-cv-01640 | Mansoori v. Rogers et al |
| 1:22-cv-01641 | Mansoori v. Delitz et al |
| 1:22-cv-01642 | Mansoori v. Armadore et al |
| 1:22-cv-02469 | Mansoori v. Larkin |
| 1:22-cv-02470 | Mansoori v. Dr. Montgomery |
| 1:22-cv-02471 | Mansoori v. Stinaki |
| 1:22-cv-03484 | Mansoori v. Patel |
| 1:22-cv-03485 | Mansoori v. Pickens et al |
| 1:20-cv-00309 | Pearcy v. Takeda Pharmaceutical Company, Ltd. et al |
| 1:20-cv-00935 | Stokes v. City Of Chicago et al |
| 1:21-cv-01951 | Baraona v. Village of Niles |
| 1:21-cv-02141 | PNC Capital LLC et al v. TCode Inc. |
| 1:21-cv-06237 | Xped LLC v. The Entities Listed on Exhibit 1 |
| 1:21-cv-06447 | Walker v. Screening Reports, Inc. |
| 1:22-cv-01760 | Fortune International, LLC v. Timothy MacDonald |
| 1:22-cv-02344 | Martin et al v. Siciliano et al |
| 1:22-cv-04210 | White v. Village of Franklin Park et al |
| 1:22-cv-05973 | Sapiega v. C.R. England, Inc. |
| 1:22-cv-06846 | Alera Group, Inc. v. Giordano |