

# OBJECTIONS TO DISCLOSURE OF FERPA INFORMATION IN RICHARDSON V. NORTHWESTERN UNIVERSITY, et al., Case No. 1:21-cv-00522.

Dear Judge Chang,

    My name is Skyler Maeso, Class of 2021. I am writing to you to request protective action concerning the disclosure of my education records and personally identifiable information.

Below is my information:
Skyler Maeso
451 South Clark Ave. Los Altos, CA 94024
Cell: (650) 862-4554
Email: skymaeso@gmail.com

**FILED**

FEB 06 2024

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Thank you,
Skyler Maeso