**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Hayden Richardson,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Civil Action No. 1:21-cv-00522** |
| v. | ) | **Honorable Edmond E. Chang** |
| | ) | |
| **Northwestern University, Amanda** | ) | |
| **DaSilva, Heather Van Hoegarden** | ) | |
| **Obering, Michael Polisky, and Pamela** | ) | |
| **Bonnevier,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**PARTIES' JOINT STATUS REPORT**

Plaintiff Hayden Richardson ("Plaintiff") and Defendants Northwestern University, Amanda DaSilva, Heather Van Hoegarden Obering, Michael Polisky and Pamela Bonnevier ("Defendants") (collectively, the "Parties"), by and through their undersigned counsel, pursuant to the Court's January 22, 2024 Order (Dkt. No. 137), hereby file this discovery progress report and state as follows:

1.      As reported to this Court on January 19, 2024, the Parties agreed to respond to the voluminous written discovery requests served on all Parties by January 31, 2024. (Dkt. No. 136, ¶ 1.) Due to Plaintiff's need for additional time, and subsequently a personal concern for her counsel, the Parties agreed to two additional extensions, to February 5 and then February 8, 2024. All Defendants responded with written Answers to Interrogatories and written Responses to Document Requests on February 8, 2024. Defendant Northwestern University ("Defendant

Northwestern") produced 1,937 pages of documents that same day. Defendant Northwestern made a second production on March 1, 2024, for a total of 2,181 pages.

2.      On February 9, 2024, Plaintiff served her written responses to all of the Defendants' written discovery requests. Plaintiff made her first production of documents, totaling 97 pages, on February 19, 2024. Plaintiff's production of documents remains ongoing, including the collection and production of ESI.

3.      As reported to this Court on January 19, 2024, Defendant Northwestern and Plaintiff had commenced Local Rule 37.2 discussions related to the scope of certain of Plaintiff's discovery requests and an ESI search protocol applicable to Northwestern. (Dkt. No. 136, ¶ 3.) Plaintiff and Defendant Northwestern have agreed on that ESI protocol, but are still discussing the scope of Plaintiff's discovery requests to Defendant Northwestern.

4.      In addition, multiple Defendants have sent Plaintiff Local Rule 37.2 letters setting forth their respective positions on deficiencies in Plaintiff's discovery responses and 97-page document production. Defendant Obering sent her letter to Plaintiff on February 26, 2024; Defendant Amanda DaSilva sent her letter to Plaintiff on March 4, 2024; Defendant Northwestern sent its letter to Plaintiff on March 5, 2024; and Defendant Polisky sent his letter to Plaintiff on March 7, 2024.

5.      Plaintiff is in the process of reviewing and responding to Defendants' Local Rule 37.2 letters, including scheduling meet and confer meetings with counsel to address the issues raised in Defendants' letters.

6.      On February 16, 2024, Defendant Obering issued subpoenas to several law schools that were identified by Plaintiff in her Complaint in connection with her claims for damages. Defendant Polisky issued a subpoena to the University of Nebraska – Lincoln (where Plaintiff was

a student prior to her enrollment at Northwestern University) on March 7, 2024.  Plaintiff has executed a FERPA release authorizing the law schools and other third party educational institutions to produce Plaintiff's FERPA-protected records pursuant to subpoenas.

7.      On February 21, 2024, Defendant Obering served a second set of interrogatories on Plaintiff.

8.      On February 26, 2024, Defendant Northwestern issued subpoenas to the three health care providers named in Plaintiff's initial disclosures who are unaffiliated with Northwestern.  Northwestern is conferring with Plaintiff to resolve challenges in completing service.

9.      The Defendants, collectively, sent a proposed ESI Protocol applicable to Plaintiff on February 27, 2024, and are awaiting a response from Plaintiff.

10.     Discovery has been slowed due to the FERPA protocol.  Pursuant to the FERPA Order (Dkt. No. 130), on January 19, 2024, Defendant Northwestern University issued notices to 74 current and former students identified largely by Plaintiff in her Complaint and her Initial Disclosures.

11.     Those current and former students had until February 2, 2024 to lodge objections with the Court.  Ten students objected, and on February 26, 2024, all Parties in this case filed their respective responses to those objections (Dkt. Nos. 150-154) and jointly filed a Motion for a Status Hearing, noticed for March 7, 2024 (Dkt. Nos. 149, 156), to discuss FERPA disclosures with this Court.  Key FERPA-protected materials that are necessary for the prosecution and defense of the claims in this case cannot be produced until this issue is decided.

12.     The Parties have not yet begun depositions or expert discovery given all of the outstanding issues surrounding written discovery.

Respectfully submitted,

/s/ *Anneliese Wermuth*
Anneliese Wermuth
Alan M. Pittler
Tiffany Jenca
Austin G. Dieter
Cozen O'Connor
123 North Wacker Drive, Suite 1800
Chicago, IL  60606
(312) 474-7900
(312) 474-7898 (Fax)
awermuth@cozen.com
apittler@cozen.com
tjenca@cozen.com
adieter@cozen.com
*Attorneys for Northwestern University*

Amy Graham Doehring
LaKeisha C. Marsh
Jamel A. Greer
AKERMAN LLP
71 S. Wacker Drive Chicago, IL  60606
312-634-5700
amy.doehring@akerman.com
lakeisha.marsh@akerman.com
jamel.greer@akerman.com
*Attorneys for Defendant*
*Amanda DaSilva*

Bethany K. Biesenthal
Jordan M. Matthews
Allison L. McQueen
JONES DAY
110 N. Wacker Dr., Suite 4800
Chicago, IL 60606
312-782-3939
bbiesenthal@jonesday.com
jmatthews@jonesday.com
amcqueen@jonesday.com
*Attorneys for Defendant*
*Michael Polisky*

4

5

Kerryann M. Haase
Brian P. Paul
Michael K. Chropowicz
MICHAEL BEST & FRIEDRICH LLP
444 West Lake Street, Suite 3200
Chicago, IL 60606
312-222-0800
kmhaase@michaelbest.com
bppaul@michaelbest.com
mkchropowicz@michaelbest.com
*Attorneys for Defendant*
*Heather Van Hoegarden Obering*


Damon M. Cheronis
Ryan J. Levitt
CHERONIS, PARENTE & LEVITT LLC
The Marquette Building
140 S. Dearborn Street
Suite 404
Chicago, Illinois 60603
Telephone: (312) 663-4644
damon@cheronislaw.com
ryan@cheronislaw.com
*Attorneys for Plaintiff Hayden Richardson*

Andrew T. Miltenberg
Gabrielle Vinci
Kara L. Gorycki
NESENOFF & MILTENBERG, LLP
363 Seventh Avenue, Fifth Floor
New York, New York 10001
Telephone: (212) 736-4500
amiltenberg@nmllplaw.com
gvinci@nmllplaw.com
KGorycki@nmllplaw.com
*Attorneys for Plaintiff*
*Hayden Richardson*


Christopher C. Kendall
Chapman Spingola, LLP
190 S. LaSalle Street, Suite 3850
Chicago, Illinois 60603
(312) 606-8752
ckendall@chapmanspingola.com
*Attorneys for Defendant Pamela Bonnevier*

5

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on March 8, 2024, she electronically filed

the foregoing **Joint Status Report** with the Clerk of the Court using the ECF system, which will

send notification of such filing to all counsel of record.

/s/ *Anneliese Wermuth*
Anneliese Wermuth
COZEN O'CONNOR
123 North Wacker Drive, Suite 1800
Chicago, IL 60606
312-382-3100
awermuth@cozen.com
*Attorney for Defendant*
*Northwestern University*
