**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Hayden Richardson
                                 Plaintiff,

v.                                                        Case No.: 1:21−cv−00522
                                                                 Honorable Edmond E. Chang

Northwestern University, et al.
                                 Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 7, 2024:

      MINUTE entry before the Honorable Edmond E. Chang: Video status hearing held with counsel for the parties. (1.) Counsel for the Plaintiff reported that due to ESI−platform issues, some of the Plaintiff's document production has been delayed but should be resolved soon. Each of the Defendants is conferring with the Plaintiff on asserted deficiency notices. (2.) Defendant Northwestern is trying to serve a subpoena on a treater in Washington, D.C. The Plaintiff should facilitate service if possible, and otherwise the parties may move for appropriate relief if there is a service or (later) production obstacle. (3.) By 09/05/2024, the parties shall file a Deposition Scheduling Report listing the depositions already taken and (more importantly) the remaining deponents, all of whom must have ***confirmed*** deposition dates (not just proposed dates). Any person not on that Report will presumptively not be deposed without good cause (e.g., genuine surprise despite due diligence). If deponents are slow in confirming deposition dates, then the parties should use the Report deadline to urge each other and non−parties to provide confirmed dates to avoid a motion to compel in advance of the deadline. (5.) Video status hearing set for 07/23/2024 at 10:00 a.m. Members of the public and media will be able to call in to listen to the hearing. The call−in number is (650) 479−3207 and the access code is 2313 230 1911##. Counsel of record will receive an email before the start of the hearing with instructions to login into the hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. (6.) The parties shall file a joint status report by 07/16/2024, reporting on the status of discovery. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and

criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.