# EXHIBIT C

## McQueen, Allison L.

| | |
|---|---|
| **From:** | Biesenthal, Bethany K. |
| **Sent:** | Friday, February 16, 2024 6:14 PM |
| **To:** | Gabrielle Vinci |
| **Cc:** | McQueen, Allison L.; jamel.greer@akerman.com; ckendall@chapmanspingola.com; Andrew T. Miltenberg; Kara Gorycki; rlevitt@beneschlaw.com; damon@cheronislaw.com; amy.doehring@akerman.com; lakeisha.marsh@akerman.com; kmhaase@michaelbest.com; Andrew.Shelby@michaelbest.com; bppaul@michaelbest.com; mkchropowicz@michaelbest.com; Matthews, Jordan M.; awermuth@cozen.com; Hart, Robert F. |
| **Subject:** | RE: Richardson v. Northwestern University, et al. -- Discovery Responses for Amanda DaSilva |

Thank you.

Bethany Biesenthal
Partner
**JONES DAY® - One Firm Worldwide℠**
110 North Wacker Drive
Suite 4800
Chicago, IL 60606
Office +1.312.269.4303

---

**From:** Gabrielle Vinci <GVinci@nmllplaw.com>
**Sent:** Friday, February 16, 2024 6:05 PM
**To:** Biesenthal, Bethany K. <bbiesenthal@jonesday.com>
**Cc:** McQueen, Allison L. <amcqueen@jonesday.com>; jamel.greer@akerman.com; ckendall@chapmanspingola.com; Andrew T. Miltenberg <AMiltenberg@nmllplaw.com>; Kara Gorycki <KGorycki@nmllplaw.com>; rlevitt@beneschlaw.com; damon@cheronislaw.com; amy.doehring@akerman.com; lakeisha.marsh@akerman.com; kmhaase@michaelbest.com; Andrew.Shelby@michaelbest.com; bppaul@michaelbest.com; mkchropowicz@michaelbest.com; Matthews, Jordan M. <jmatthews@jonesday.com>; awermuth@cozen.com; Hart, Robert F. <rhart@jonesday.com>
**Subject:** Re: Richardson v. Northwestern University, et al. -- Discovery Responses for Amanda DaSilva

---

**This Message Is From an External Sender**

If you are concerned about the message's content, highlight the email in your inbox and click "Report Suspicious" in the Outlook ribbon -or- contact 6Help.

---

Hi Bethany,
I apologize for the delay. I am in the process of finalizing the initial production and will have it to you ASAP-no later than first thing Monday though I expect sooner. Thank you.

Best,
Gabrielle

1



**Gabrielle Vinci, Partner**

363 Seventh Avenue, 5th Floor

New York, NY 10001-3904

212.736.4500   •   212.736.2260 fax

Vcard   •   nmllplaw.com

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents.


On Feb 16, 2024, at 6:52 PM, Biesenthal, Bethany K. <bbiesenthal@jonesday.com> wrote:


Gabrielle,

As it is now the end of the week I wanted to touch base on the status of Plaintiff's initial production, which we expected last Thursday, February 8.  If you are not planning to send the initial production later this evening please let us know when we can expect to receive it.

Regards,
Bethany

Bethany Biesenthal
Partner
**JONES DAY® - One Firm Worldwide℠**
110 North Wacker Drive
Suite 4800
Chicago, IL 60606
Office +1.312.269.4303

**From:** Gabrielle Vinci <GVinci@nmllplaw.com>
**Sent:** Wednesday, February 14, 2024 10:02 AM
**To:** Biesenthal, Bethany K. <bbiesenthal@jonesday.com>; McQueen, Allison L. <amcqueen@jonesday.com>; jamel.greer@akerman.com; ckendall@chapmanspingola.com; Andrew T. Miltenberg <AMiltenberg@nmllplaw.com>; Kara Gorycki <KGorycki@nmllplaw.com>; rlevitt@beneschlaw.com; damon@cheronislaw.com; amy.doehring@akerman.com; lakeisha.marsh@akerman.com; kmhaase@michaelbest.com; andrew.shelby@michaelbest.com; BPPaul@michaelbest.com; mkchropowicz@michaelbest.com; Matthews, Jordan M. <jmatthews@jonesday.com>; awermuth@cozen.com; Hart, Robert F. <rhart@jonesday.com>
**Subject:** RE: Richardson v. Northwestern University, et al. -- Discovery Responses for Amanda DaSilva

Hi Bethany,
I apologize for missing Allison's weekend email. Plaintiff's initial production will be served by end of this week. Thank you.

Best,
Gabrielle

<image001.jpg>

### Gabrielle Vinci, Partner

363 Seventh Avenue, 5th Floor
New York, NY 10001-3904

212.736.4500 • 212.736.2260 fax

Vcard • nmllplaw.com

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents.

---

**From:** Biesenthal, Bethany K. <bbiesenthal@jonesday.com>
**Sent:** Wednesday, February 14, 2024 10:59 AM
**To:** McQueen, Allison L. <amcqueen@jonesday.com>; Gabrielle Vinci <GVinci@nmllplaw.com>; jamel.greer@akerman.com; ckendall@chapmanspingola.com; Andrew T. Miltenberg <AMiltenberg@nmllplaw.com>; Kara Gorycki <KGorycki@nmllplaw.com>; rlevitt@beneschlaw.com; damon@cheronislaw.com; amy.doehring@akerman.com; lakeisha.marsh@akerman.com; kmhaase@michaelbest.com; andrew.shelby@michaelbest.com; BPPaul@michaelbest.com; mkchropowicz@michaelbest.com; Matthews, Jordan M. <jmatthews@jonesday.com>; awermuth@cozen.com; Hart, Robert F. <rhart@jonesday.com>
**Subject:** RE: Richardson v. Northwestern University, et al. -- Discovery Responses for Amanda DaSilva

Gabrielle,

Following up on the email Ally sent over the weekend, please let us know when you plan to send Plaintiff's initial production.

Best,
Bethany

Bethany Biesenthal
Partner
**JONES DAY® - One Firm Worldwide℠**
110 North Wacker Drive
Suite 4800
Chicago, IL 60606
Office +1.312.269.4303

**From:** McQueen, Allison L. <amcqueen@jonesday.com>
**Sent:** Saturday, February 10, 2024 3:44 PM
**To:** Gabrielle Vinci <GVinci@nmllplaw.com>; jamel.greer@akerman.com; ckendall@chapmanspingola.com; Andrew T. Miltenberg <AMiltenberg@nmllplaw.com>; Kara Gorycki <KGorycki@nmllplaw.com>; rlevitt@beneschlaw.com; damon@cheronislaw.com; amy.doehring@akerman.com; lakeisha.marsh@akerman.com; kmhaase@michaelbest.com;

3

andrew.shelby@michaelbest.com; BPPaul@michaelbest.com; mkchropowicz@michaelbest.com; Biesenthal, Bethany K. <bbiesenthal@jonesday.com>; Matthews, Jordan M. <jmatthews@jonesday.com>; awermuth@cozen.com; Hart, Robert F. <rhart@jonesday.com>
**Subject:** RE: Richardson v. Northwestern University, et al. -- Discovery Responses for Amanda DaSilva

Hi Gabrielle,

I hope you are enjoying your weekend.

Throughout the responses to Defendant Polisky's Requests for Production, you state that "Plaintiff shall serve responsive, non-privileged documents under separate cover." Could you let us know when we can expect to receive Plaintiff's initial production, please?

Best,
Ally

Allison (Ally) McQueen
Associate
**JONES DAY® - One Firm Worldwide℠**
110 North Wacker Drive
Chicago, IL 60606
Office +1.312.269.1541
amcqueen@jonesday.com

---

**From:** Gabrielle Vinci <GVinci@nmllplaw.com>
**Sent:** Friday, February 9, 2024 3:45 PM
**To:** McQueen, Allison L. <amcqueen@jonesday.com>; jamel.greer@akerman.com; ckendall@chapmanspingola.com; Andrew T. Miltenberg <AMiltenberg@nmllplaw.com>; Kara Gorycki <KGorycki@nmllplaw.com>; rlevitt@beneschlaw.com; damon@cheronislaw.com; amy.doehring@akerman.com; lakeisha.marsh@akerman.com; kmhaase@michaelbest.com; andrew.shelby@michaelbest.com; BPPaul@michaelbest.com; mkchropowicz@michaelbest.com; Biesenthal, Bethany K. <bbiesenthal@jonesday.com>; Matthews, Jordan M. <jmatthews@jonesday.com>; awermuth@cozen.com
**Subject:** RE: Richardson v. Northwestern University, et al. -- Discovery Responses for Amanda DaSilva

Good afternoon,

Attached please find Plaintiff's Responses to Defendant Polisky's Requests for Production.

Thank you,

<image001.jpg>

**Gabrielle Vinci, Partner**

363 Seventh Avenue, 5th Floor
New York, NY 10001-3904
212.736.4500    •    212.736.2260 fax
Vcard    •    nmllplaw.com

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents.

**From:** Gabrielle Vinci <GVinci@nmllplaw.com>
**Sent:** Friday, February 9, 2024 10:00 AM
**To:** McQueen, Allison L. <amcqueen@jonesday.com>; jamel.greer@akerman.com; ckendall@chapmanspingola.com; Andrew T. Miltenberg <AMiltenberg@nmllplaw.com>; Kara Gorycki <KGorycki@nmllplaw.com>; rlevitt@beneschlaw.com; damon@cheronislaw.com; amy.doehring@akerman.com; lakeisha.marsh@akerman.com; kmhaase@michaelbest.com; andrew.shelby@michaelbest.com; BPPaul@michaelbest.com; mkchropowicz@michaelbest.com; Biesenthal, Bethany K. <bbiesenthal@jonesday.com>; Matthews, Jordan M. <jmatthews@jonesday.com>; awermuth@cozen.com
**Subject:** RE: Richardson v. Northwestern University, et al. -- Discovery Responses for Amanda DaSilva

All-

Attached please find Plaintiff's Responses and Objections to Defendant Polisky's First Set of Interrogatories. Plaintiff's responses to Defendant Polisky's First Requests for Production shall follow shortly.

Thank you,

<image001.jpg>

**Gabrielle Vinci, Partner**

363 Seventh Avenue, 5th Floor
New York, NY 10001-3904
212.736.4500     •     212.736.2260 fax
Vcard     •     nmllplaw.com

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents.

**From:** McQueen, Allison L. <amcqueen@jonesday.com>
**Sent:** Thursday, February 8, 2024 7:50 PM
**To:** jamel.greer@akerman.com; ckendall@chapmanspingola.com; Andrew T. Miltenberg <AMiltenberg@nmllplaw.com>; Kara Gorycki <KGorycki@nmllplaw.com>; Gabrielle Vinci <GVinci@nmllplaw.com>; rlevitt@beneschlaw.com; damon@cheronislaw.com; amy.doehring@akerman.com; lakeisha.marsh@akerman.com; kmhaase@michaelbest.com; andrew.shelby@michaelbest.com; BPPaul@michaelbest.com; mkchropowicz@michaelbest.com; Biesenthal, Bethany K. <bbiesenthal@jonesday.com>; Matthews, Jordan M. <jmatthews@jonesday.com>; awermuth@cozen.com
**Subject:** RE: Richardson v. Northwestern University, et al. -- Discovery Responses for Amanda DaSilva

Counsel,

Defendant Mike Polisky's responses to Plaintiff's first set of discovery requests are attached.

Best,
Ally

Allison (Ally) McQueen
Associate
**JONES DAY® - One Firm Worldwide℠**
110 North Wacker Drive
Chicago, IL 60606
Office +1.312.269.1541
amcqueen@jonesday.com

---

**From:** jamel.greer@akerman.com <jamel.greer@akerman.com>
**Sent:** Thursday, February 8, 2024 5:51 PM
**To:** ckendall@chapmanspingola.com; AMiltenberg@nmllplaw.com; KGorycki@nmllplaw.com; GVinci@nmllplaw.com; rlevitt@beneschlaw.com; damon@cheronislaw.com; amy.doehring@akerman.com; lakeisha.marsh@akerman.com; kmhaase@michaelbest.com; andrew.shelby@michaelbest.com; BPPaul@michaelbest.com; mkchropowicz@michaelbest.com; Biesenthal, Bethany K. <bbiesenthal@jonesday.com>; Matthews, Jordan M. <jmatthews@jonesday.com>; McQueen, Allison L. <amcqueen@jonesday.com>; awermuth@cozen.com
**Subject:** RE: Richardson v. Northwestern University, et al. -- Discovery Responses for Amanda DaSilva

All,

Please see the attached responses to plaintiff's first set of discovery requests on behalf of Amanda DaSilva.

Best,
Jamel

**Jamel A.R. Greer**
(He/Him/His)
Akerman LLP | 601 West Fifth Street, Suite 300 | Los Angeles, CA 90071
Akerman LLP | 71 South Wacker Drive, 47th Floor | Chicago, IL 60606
D: 213 533 5929 | T: 213 688 9500 | F: 213 627 6342
Admitted Only in California and Illinois
jamel.greer@akerman.com


vCard | Profile


<image002.jpg>


CONFIDENTIALITY NOTE: The information contained in this transmission may be privileged and confidential, and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.

---

**From:** Christopher Kendall <ckendall@chapmanspingola.com>
**Sent:** Thursday, February 8, 2024 3:35 PM

**To:** Andrew T. Miltenberg <AMiltenberg@nmllplaw.com>; Kara Gorycki <KGorycki@nmllplaw.com>; Gabrielle Vinci <GVinci@nmllplaw.com>; rlevitt@beneschlaw.com; Damon Cheronis <damon@cheronislaw.com>; Doehring, Amy (Ptnr-Chi) <amy.doehring@akerman.com>; Greer, Jamel (Assoc-Lax) <jamel.greer@akerman.com>; Marsh, LaKeisha (Ptnr-Chi) <lakeisha.marsh@akerman.com>; kmhaase@michaelbest.com; andrew.shelby@michaelbest.com; bppaul@michaelbest.com; mkchropowicz@michaelbest.com; Biesenthal, Bethany K. <bbiesenthal@jonesday.com>; jmatthews@jonesday.com; amcqueen@jonesday.com; Wermuth, Anna <awermuth@cozen.com>
**Subject:** Richardson v. Northwestern University, et al. -- Discovery Responses for Pam Bonnevier

**[External to Akerman]**

Counsel:

I have attached Pam Bonnevier's responses to Plaintiff's discovery requests.

Chris

Christopher C. Kendall
Of Counsel
190 South LaSalle Street, Suite 3850
Chicago, IL 60603
Cell | 312-493-5274
Phone | 312 606-8642
Fax | 312 630-9233
<image003.jpg>
| Website |

The information contained in this communication is confidential, is intended only for the use of the recipient named above, and may be legally privileged. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please resend this communication to the sender and delete the original message or any copy of it from your computer system. Thank you.

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***
***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***
***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***