# EXHIBIT F

**From:** Lance Northcutt <lnorthcutt@salvilaw.com>
**Sent:** Friday, August 16, 2024 8:15 AM
**To:** Kara Gorycki <KGorycki@nmllplaw.com>
**Cc:** Meghann Smith <msmith@adrsystems.com>; Wermuth, Anna <awermuth@cozen.com>; lakeisha.marsh@akerman.com; McQueen, Allison L. <amcqueen@jonesday.com>; Michael.Sokolowski@michaelbest.com; amy.doehring@akerman.com; khminton@michaelbest.com; damon@cheronislaw.com; ckendall@chapmanspingola.com; Biesenthal, Bethany K. <bbiesenthal@jonesday.com>; jamel.greer@akerman.com; Pittler, Alan M <APittler@cozen.com>; Jenca, Tiffany A. <TJenca@cozen.com>; Dieter, Austin G <ADieter@cozen.com>; Matthews, Jordan M. <jmatthews@jonesday.com>; BPPaul@michaelbest.com; andrew.shelby@michaelbest.com; Andrew T. Miltenberg <AMiltenberg@nmllplaw.com>; rlevitt@beneschlaw.com; Michelle Teggelaar <mteggelaar@adrsystems.com>; Stuart Bernstein <SBernstein@nmllplaw.com>; Patrick Salvi II <psalvi2@salvilaw.com>; Emily Art <eart@salvilaw.com>
**Subject:** Re: Richardson/Northwester, et al mediation - 65831CMMG

**This Message Is From an Untrusted Sender**

You have not previously corresponded with this sender.

If you are concerned about the message's content, highlight the email in your inbox and click "Report Suspicious" in the Outlook ribbon -or- contact 6Help.

Meghann:

My name is Lance Northcutt with Salvi Schostok and Pritchard in Chicago. We are going to be assuming representation going forward, if allowed by the Court.

What I hoped would a straightforward process for substitution has unfortunately become a contested issue. Two of the defendants in the litigation are actually objecting to our substituting in the case unless we commit to a series of deadlines — before we even take possession of the file. This was after we assured them that we intended to honor the current mediation schedule. I trust this is being done as a power move to pressure our client into being in a more vulnerable position as we approach the mediation, but the net effect is that we have not been able to enter the case via an agreed motion and the matter is now before Judge Chang for hearing on Tuesday.

Given the limbo that we are in and the posture taken by two of the defendants, I'm unsure as to when and if we will be in a process to move forward with mediation. I will be discussing this with my client today and will let you know.

Please feel free to contact me anytime at 312-953-9252.

Thank you,
Lance Northcutt

> On Aug 16, 2024, at 8:02 AM, Kara Gorycki <KGorycki@nmllplaw.com> wrote:
>
> Dear Meghann,
> I write to let you know that Ms. Richardson has retained new counsel who is in the process of substituting into the case. For this reason, attorneys from Nesenoff & Miltenberg will not be attending Monday's conference call, at 8:15 a.m. CST, regarding the mediation that is currently scheduled for September 23rd. I have copied Ms. Richardson's new attorneys on this email.
>
> I am currently out of the office but wanted to give you notice of this change as I have not been copied on any emails regarding this issue.
>
> Sincerely,
> Kara
>
> <nmllpnewyork-boston-paloaltologosignature6-30_86761340-f12a-4199-a5e2-ef3472a044a9.jpg>
>
> **Kara Gorycki, Partner**
>
> 363 Seventh Avenue, 5th Floor
>
> New York, NY 10001-3904
>
> 212.736.4500  •  212.736.2260 fax
>
> Vcard  •  nmllplaw.com
>
> NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents.