# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| HAYDEN RICHARDSON, <br><br> Plaintiff, <br><br> v. <br><br> NORTHWESTERN UNIVERSITY, AMANDA DASILVA, HEATHER VAN HOEGARDEN OBERING, MICHAEL POLISKY, and PAMELA BONNEVIER, <br><br> Defendants. | Case No.: 1:21-cv-00522 <br><br> Honorable Edmond E. Chang <br><br> Magistrate Judge Sheila M. Finnegan |

## STIPULATION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties to the above-entitled cause, through their respective attorneys, that this cause be dismissed with prejudice without costs or fees to any party, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Entered:_____

By:_____
Judge

**APPROVED AND AGREED:**

By: */s/ Lance D. Northcutt*
One of the Attorneys for Plaintiff
Patrick A. Salvi, II (ARDC #: 6293686)
Lance D. Northcutt (ARDC #: 6278144)
Jennifer M. Cascio (ARDC #: 6325256)
**SALVI, SCHOSTOK & PRITCHARD, P.C.**
161 North Clark Street, Suite 4700
Chicago, Illinois 60601
P: (312) 372-1227
F: (312) 372-3720
psalvi2@salvilaw.com
lnorthcutt@salvilaw.com
jcascio@salvilaw.com
*Counsel for Plaintiff, Hayden Richardson*

By: */s/ Anneliese Wermouth*
Anneliese Wermuth
Alan M. Pittler
Tiffany A. Jenca
Austin G. Dieter
Cozen O'Connor
123 North Wacker Drive, Suite 1800
Chicago, Illinois 60606
Telephone: (312) 474-7900
Facsimile: (312) 474-7898
awermuth@cozen.com
apittler@cozen.com
tjenca@cozen.com
adieter@cozen.com
*Attorneys for Defendant, Northwestern University*

By: */s/ Amy Graham Doehring*
Amy Graham Doehring
Jamel A. Greer
LaKeisha C. Marsh
Akerman LLP
71 South Wacker Drive, 47th Floor
Chicago, Illinois 60606
Telephone: (312) 634-5700
amy.doehring@akerman.com
jamel.greer@akerman.com
lakeisha.marsh@akerman.com

*Attorneys for Defendant, Amanda DaSilva*
Kerryann M. Haase
By: */s/ Andrew P. Shelby*
Andrew P. Shelby
Brian P. Paul
Michael K. Chropowicz
Michael Best & Friedrich LLP
444 West Lake Street, Suite 3200
Chicago, Illinois 60606
Telephone: (312) 222-0800
kmhaase@michaelbest.com
andrew.shelby@michaelbest.com
bppaul@michaelbest.com
mkchropowicz@michaelbest.com
*Attorneys for Defendant, Heather Van Hoegarden Obering*

By: */s/ Bethany K. Biesenthal*
Bethany K. Biesenthal
Jordan M. Matthews
Allison L. McQueen
Jones Day
110 North Wacker Drive, Suite 4800
Chicago, Illinois 60606
Telephone: (312) 782-3939
bbiesenthal@jonesday.com
jmatthews@jonesday.com
amcqueen@jonesday.com
*Attorneys for Defendant, Michael Polisky*

By: */s/ Christopher C. Kendall*
Christopher C. Kendall
Chapman Spingola, LLP
190 South LaSalle Street, Suite 3850
Chicago, Illinois 60603
Telephone: (312) 606-8752
ckendall@ckendall.com
*Attorneys for Defendant, Pamela Bonnevier*