# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Hayden Richardson

                                   Plaintiff,

v.                                                           Case No.: 1:21−cv−00522
                                                           Honorable Edmond E. Chang

Northwestern University, et al.

                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 27, 2024:

      MINUTE entry before the Honorable Edmond E. Chang: Pursuant to the parties' stipulation of dismissal [194], under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the case is dismissed with prejudice, each side to bear its own fees and costs. All pending motions are terminated as moot. Status hearing of 10/08/2024 is vacated. Civil case terminated. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.